UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FTE NETWORKS, INC.,

           Plaintiff,

    v.

SUNEET SINGAL; TTP8, LLC; FIRST
CAPITAL MASTER ADVISOR, LLC;
MAJIQUE LADNIER; DANISH MIR;
KHAWAJA ZARGHAM BIN AAMER;
THOMAS COLEMAN; INNOVATIV
MEDIA GROUP, INC.; JOSEPH F.
CUNNINGHAM; PETER K. GHISHAN;
STEPHEN M. GOODWIN; AND BRUCE
M. FAHEY,

           Defendants.

Case No.:  1:22-cv-05960-PGG

**AFFIRMATION OF SHANE HESKIN IN SUPPORT OF THE ORDER TO SHOW
CAUSE FOR TEMPORARY RESTRAINING ORDER**

**SHANE R. HESKIN, ESQ.,** an attorney duly admitted to practice in the State of New York, hereby affirms the following to be true under penalties of perjury:

1.      I am a Partner at the law firm of White and Williams, LLP, attorneys for the Plaintiff, FTE Networks, Inc. ("FTE").

2.      Unless otherwise indicated, I am personally familiar with the facts set forth herein.

3.      I submit this affirmation in support of Plaintiff's Order to Show Cause for a Temporary Restraining Order ("TRO").

4.      Attached hereto as **Exhibit A**, is a true and correct copy of the "Declaration of Thomas Coleman" in the matter captioned *IMG Media Group, Inc. et al. v. FTE Networks, Inc. et al.*, Case No. A-22-849188-B, District Court, Clark County, Nevada, dated March 17, 2022.

29472479v.1

-2-

5.      The relief sought by way of this TRO is to restrain Joseph Cunningham, in order to prevent immediate irreparable harm to the Plaintiff.


DATED:       September 12, 2022

_____

Shane Heskin, Esquire

29472479v.1