

**Shane R. Heskin**

1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103-7395
Direct 215.864.6329 | Fax 215.399.9603
heskins@whiteandwilliams.com | whiteandwilliams.com

**Memo Endorsed:** The initial pre-trial conference in this matter is adjourned to October 20, 2022 at 11:00 a.m. in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York. The parties will submit their joint letter and proposed Case Management Plan by October 13, 2022.

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge
Dated: September 28, 2022

September 26, 2022

**VIA ECF**

Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Folely Square, Room 2204
New York, New York 10007

RE:   *FTE Networks Inc. v. Signal, et al.*, Case No. 22-cv-05960-PPG
      Parties' Joint Request to Adjourn Pretrial Conference

Dear Judge Gardephe:

This firm represents Plaintiff in the above referenced matter. Plaintiff, joined by Defendants on consent, hereby request pursuant to Your Individual Rule I(E) that the pretrial conference scheduled in this matter for October 6, 2022, be adjourned and be rescheduled at a time after Defendants file their answer(s) or otherwise respond to the Complaint.

This is the first adjournment request of the pretrial conference date by either party. The parties jointly request an adjournment to the pretrial conference date because pursuant to this Court's September 19, 2022 order, Defendants have until October 3, 2022 to file answer(s) or otherwise respond to the Complaint. [Dtk. No. 20]. Given that the manner in which Defendants will respond to the Complaint is not presently settled, and that the parties are to submit a case management plan by September 29, 2022, if the instant adjournment request is not granted, the parties respectfully submit that it is in interest of judicial economy to adjourn the pretrial conference to either (i) fourteen dates after Defendants answer, i.e., October 17, 2022; or (ii) should Defendants move to dismiss the Complaint, fourteen days after said motion is decided. In either circumstance, the parties will be better suited to agree upon and adhere to a case management plan once the Complaint has been responded to or a decision is rendered on a potential motion to dismiss.

The parties thank the Court for its consideration of this request.

Respectfully submitted,

**WHITE AND WILLIAMS LLP**

_/s/ *Shane R. Heskin*_____
Shane R. Heskin, Esq. (*Attorneys of Plaintiffs*)