UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FTE NETWORKS, INC.,

               Plaintiff,

- against -

SINGAL SUNEET ET AL.,

               Defendants.

**ORDER**

22 Civ. 5960 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      In light of this Court's order granting Plaintiff's request for an extension of time to serve certain of the Defendants in this case (Dkt. No. 33), the conference in this matter scheduled for December 1, 2022 is adjourned to **January 12, 2023 at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       November 29, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge