UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FTE NETWORKS,

                Plaintiff,

- against -

SUNEET SINGAL ET AL.,

                Defendants.

**ORDER**

22 Civ. 5960 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        The Court is in receipt of Defendants Coleman and Cunningham's Motions to Dismiss (Dkt. Nos. 57-58).  The parties are reminded to observe Rule IV.C. of this Court's Individual Rules of Practice; motions are not to be filed on ECF until they are fully briefed.  In the interim, papers should be served on counsel in accordance with the briefing schedule set by this Court's January 11, 2023 Order.  (Dkt. No. 56).

        The Clerk of Court is directed to strike the motions at Dkt. Nos. 57 and 58.

Dated: New York, New York
        February 6, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge