**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FTE NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SUNEET SINGAL, TTP8, LLC, FIRST CAPITAL MASTER ADVISOR, LLC, MAJIQUE LADNIER, DANISH MIR, KHAWAJA ZARGHAM BIN AAMER, THOMAS COLEMAN, INNOVATIV MEDIA GROUP, INC., JOSEPH F. CUNNINGHAM, PETER K. GHISHAN, STEPHEN M. GOODWIN, and BRUCE M. FAHEY <br><br> Defendants. | Case No. 1:22-cv-05960-JHR <br><br> **NOTICE OF MOTION FOR LEAVE TO AMEND THE COMPLAINT** |

PLEASE TAKE NOTICE that Plaintiff FTE Networks, Inc. ("FTE" or "Plaintiff") will move this Court, before the Honorable Jennifer H. Rearden at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be designated by the Court, for an Order pursuant to granting Plaintiff leave to amend its Complaint pursuant to Federal Rule of Civil Procedure 15, and awarding FTE such other and further relief as the Court deems just and proper. In support of Plaintiff's motion, Plaintiff will rely upon the accompanying Memorandum of Law in Support and Declaration of Shane R. Heskin, dated April 28, 2023, together with the exhibits thereto, and all prior pleadings.

PLEASE TAKE FURTHER NOTICE, that pursuant to Local Civil Rule 6.1(b), any opposition papers must be served within fourteen days thereof.

30449799v.1

-2-

April 28, 2023

                                          Respectfully submitted,

                                          **WHITE AND WILLIAMS LLP**

By: _/s/ Shane R. Heskin_

                                          Shane R. Heskin
                                          Alex D. Corey
                                          7 Times Square, STE 29
                                          New York, NY 10036
                                          (215) 864-7000
                                          heskins@whiteandwilliams.com

30449799v.1