# EXHIBIT 6

WRITTEN CONSENT OF THE SHAREHOLDERS OF

FTE NETWORKS, INC.,
a Nevada corporation,

The undersigned, holding a majority of the voting power of the issued and outstanding stock of FTE Networks, Inc., a Nevada corporation (the "Corporation"), and collectively constituting the Controlling Stockholders under Section 3.1(a) of the Corporation's Bylaws (as hereinafter defined), individually and collectively consent by this writing to take the following actions, to adopt the following resolutions, and to transact the following business of the Corporation pursuant to Section 2.12(a) of the Corporation's bylaws (as amended to date, the "Bylaws") and to Section 78.320 of the Nevada Revised Statutes:

**Amendment of Bylaws.**

WHEREAS, the undersigned desire to amend the Bylaws in certain particulars as more fully set forth below:

NOW, THEREFORE, IT IS HEREBY RESOLVED, that the Bylaws are amended as follows:

*Section 3.1 of the Bylaws is amended to add a new subsection c. to the end thereof, to read as follows:*

> c. Without the consent of the Controlling Stockholders and the unanimous consent of the Board at a duly constituted and convened meeting of the Board by the unanimous approval of all Directors, whether in person or by proxy, the Board may not adopt any resolution, written consent or otherwise take any action approving, consenting to, permitting, recommending to stockholders or otherwise suffering to exist any of the following:
>
> i. an Insolvency Proceeding; or
>
> ii. any transaction which results in a Change of Control (as defined in the Articles);
>
> As used herein, an "Insolvency Proceeding" shall mean (i) a Liquidation (as defined in the Articles), (ii) any other proceeding commenced by or against the Corporation under any provision of title 11 of the United States Code, as in effect from time to time or under any other state or federal bankruptcy or insolvency law, (iii) assignments for the benefit of creditors, (iv) formal or informal moratoria, compositions,

1

extensions generally with creditors, or (v) proceedings seeking reorganization, arrangement, or other similar relief.

**General**

FURTHER RESOLVED, that this instrument may be executed in multiple counterparts, which, when taken together, shall constitute one and the same instrument. Any signature page of this instrument may be detached from any counterpart without impairing the legal effect of any signatures thereon, and may be attached to another counterpart identical in form thereto, but having attached to it one or more additional signature pages. Any signature transmitted electronically (including DocuSign or similar electronic signature) shall have the same effect as an original, manual signature.

FURTHER RESOLVED, that it is the intent of the undersigned that the foregoing resolutions be effective as of March 11, 2023.

[signatures appear on following pages]

[signature page to Written Consent of the Shareholders of FTE Networks, Inc., a Nevada corporation]

_____
Majique Ladnier

_____
Danish Mir

_____
Khawaja Sargham bin Aamer

First Capital Master Advisor, LLC

By: _____

Printed: Suneet Singal

Title: CEO Dec 17 2019

_____
Alex Szkaradek

_____
Antoni Szkaradek

_____
Stephen Goodwin

_____
Joseph Cunningham

_____
Dennis Shorrock

TTP 8, LLC

By: _____

Printed: Majique Ladnier

Title: Manager

Innovatiy Media Group, Inc.

By: _____

Printed: Thomas Coleman

Title: President

_____
Timothy Swanston

_____
Robert Swanston

_____
Patrick Shorrock

_____
Eric Phelps

_____
Chris Ferguson

3

28900554.1/057702.0001

[signature page to Written Consent of the Shareholders of FTE Networks, Inc., a Nevada corporation]

_____  
Majique Ladnier

_____  
Danish Mir

_____  
Khawaja Sargham bin Aamer

First Capital Master Advisor, LLC

By: _____  
Printed: Suneet Singal  
Title: CEO Dec 17 2019

_____  
Alex Szkaradek

_____  
Antoni Szkaradek

_____  
Stephen Goodwin

_____  
Joseph Cunningham

_____  
Dennis Shorrock

TTP 8, LLC

By: _____  
Printed: Majique Ladnier  
Title: Manager

Innovatiy Media Group, Inc.

By: _____  
Printed: Thomas Coleman  
Title: President

_____  
Timothy Swanston

_____  
Robert Swanston

_____  
Patrick Shorrock

_____  
Eric Phelps

_____  
Chris Ferguson

3

28900554.1/057702.0001

# MAJORITY WRITTEN CONSENT
# OF THE
# STOCKHOLDERS
# OF
# FTE NETWORKS, INC.

The undersigned, being the stockholders of a majority of the combined voting power of the issued and outstanding shares of common stock, par value $0.001 per share ("**Common Stock**"), and of preferred stock, par value $0.01 per share ("**Preferred Stock**"), of FTE Networks, Inc., a Nevada corporation ("**Company**"), DO HEREBY ADOPT the following corporate resolutions and DO HEREBY CONSENT to the taking of the actions therein set forth.

**WHEREAS**, the undersigned stockholders wish to adopt amended and restated bylaws of the Company ("**Amended and Restated Bylaws**"), substantially in the form attached as <u>Exhibit A</u> hereto; and

**WHEREAS**, the undersigned have determined it to be in the best interests of the Company and the Company's stockholders to adopt the Amended and Restated Bylaws.

**NOW, THEREFORE, BE IT RESOLVED**, that the undersigned hereby approve and adopt the Amended and Restated Bylaws, substantially in the form attached as Exhibit A hereto.

*[Signature pages follows]*

# SIGNATURE PAGE TO
# MAJORITY WRITTEN CONSENT OF THE
# STOCKHOLDERS OF
# FTE NETWORKS, INC.

This Consent shall be effective as of the latest date set forth below and may be signed in counterparts and delivered electronically or by facsimile.

**STOCKHOLDERS:**

LATERAL BVM FEEDER LLC, LATERAL HOME AGENT LLC, LATERAL PARTNERS LLC, LATERAL U.S. CREDIT OPPORTUNITIES, FUND, L.P., NIAGARA NOMINEE LP, LIBER HOLDINGS LLC (collectively, the "**LATERAL GROUP**")

By: _____
Richard de Silva

Its: Authorized Signatory

Date: 02/22/2023

*Signature Page to Stockholder Written Consent*

**WVP EMERGING MANAGER PRIVATE FUND LLC**

By: _/s/ Ashley Ilarraholz_

Its: Managing Member

Date: 2/15/23

*Signature Page to Stockholder Written Consent*

**LAWRENCE ROSEN**

By: _Lawrence Rosen_ (signature)
Lawrence Rosen

Date: 3/8/2023

*Signature Page to Stockholder Written Consent*

**FRED SACRAMONE**

By: _____[signature]_____
Richard de Silva
In his capacity as proxy for Fred Sacramone

Date: 02/22/2023

**BRIAN MCMAHON**

By: _____[signature]_____
Richard de Silva
In his capacity as proxy for Brian McMahon

Date: 02/22/2023

Case 2:22-cv-01559-DSF-JC Document 71-62 Filed 04/28/23 Page 10 of 13

*Signature Page to Stockholder Written Consent*

RICHARD & JANE LEIDER REVOCABLE TRUST

By: *Richard Leider* (signature)

Its: Trustee

Date: 2-23-2023

*Signature Page to Stockholder Written Consent*

APAVA INC.

By: _____
Frank Forelle

Its: PRESIDENT

Date: February 22, 2023

*Signature Page to Stockholder Written Consent*

**FIRST CAPITAL REAL ESTATE TRUST, INC.**

By: _____
Frank Forelle

Its: _President_____

Date: _February 22, 2023_____

*Signature Page to Stockholder Written Consent*