# EXHIBIT 8

# Corey, Alex

| | |
|---|---|
| **From:** | Corey, Alex |
| **Sent:** | Thursday, March 2, 2023 2:49 PM |
| **To:** | Pastino, Sal; peercem@ballardspahr.com; jschmit@phillipslytle.com; lweber@phillipslytle.com; Heskin, Shane; McGuire, Karen; Mingos, Agatha |
| **Cc:** | Stutzman, Andrew; Kaplan, Adam |
| **Subject:** | RE: 1:22-cv-05960-PGG FTE Networks, Inc. v. Suneet et al - Joint Status Letter |
| **Attachments:** | FTE v. Singal - Joint Status Letter 3.8.23 (for Defs Review).DOCX |

All,

As you are aware, this matter was re-assigned to Judge Rearden on February 23, 2023, and she instructed the parties to submit a joint letter of no more than 5 pages, which is due by March 8, 2023.  Attached is a draft letter that Plaintiff has completed while leaving space for Defendants to add content where appropriate.

Relatedly, as you'll see from the attached letter, FTE intends on amending its complaint before the motions to dismiss are fully briefed.  This amendment will not change the causes of action; FTE is merely looking to add additional detail and facts that were newly discovered concerning Singal's purported satisfaction of FTE's outstanding debt in exchange for receiving FTE shares.  Please advise whether Defendants consent to this amendment.

Sincerely,

Alex Corey



**Alex D. Corey**

1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103-7395
Direct 215.864.6221 | Fax 215.789.7686
coreya@whiteandwilliams.com | whiteandwilliams.com

**Confidentiality Notice:** This e-mail message and any documents accompanying this e-mail transmission contain information from the law firm of White and Williams LLP which is privileged and confidential attorney-client communication and/or work product of counsel. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this e-mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.

---

**From:** Pastino, Sal <spastino@stradley.com>
**Sent:** Monday, February 6, 2023 2:23 PM
**To:** peercem@ballardspahr.com; jschmit@phillipslytle.com; lweber@phillipslytle.com; Heskin, Shane <heskins@whiteandwilliams.com>; McGuire, Karen <McGuirek@whiteandwilliams.com>; Corey, Alex <Coreya@whiteandwilliams.com>; Boesenhofer, Mary <Boesenhoferm@whiteandwilliams.com>; Mingos, Agatha <Mingosa@whiteandwilliams.com>

**Cc:** Stutzman, Andrew <AStutzman@STRADLEY.COM>; Kaplan, Adam <akaplan@stradley.com>
**Subject:** 1:22-cv-05960-PGG FTE Networks, Inc. v. Suneet et al - Motion to Dismiss

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

Dear Counsel:

Good Afternoon.  A courtesy copy of Defendants' Defendants Suneet Singal; Majique Ladnier; TTP 8, LLC; First Capital Master Advisor,LLC; Innovativ Media Group, Inc.; and Thomas Coleman Motion to Dismiss is attached.  A hard copy has also been sent by First Class Mail.  Thank you for your attention to this matter.

Very truly yours,
Sal Pastino

email | map | website

**Sal Pastino**
Legal Administrative Assistant
Stradley Ronon Stevens & Young, LLP
p: 215.564.8728 | f: 215.564.8120
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018



This e-mail is from the law firm of Stradley Ronon Stevens & Young, LLP, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and attachments. Thank you.