IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

FTE NETWORKS, INC.,

        Plaintiff,

v.

SUNEET SINGAL, *ET AL.*,

        Defendants.

Case No. 22-cv-5960 (PGG)

### ORDER

Upon consideration of the Motion of Defendants Suneet Singal; TTP8, LLC; First Capital Master Advisor, LLC; Majique Ladnier; Innovativ Media Group, Inc.; and Thomas Coleman to Dismiss Plaintiff's Complaint with Prejudice and supporting Memorandum of Law, Plaintiff's Opposition thereto, the Reply in support thereof, and any hearing thereon, it is this _____ day of _____, 2023; hereby

ORDERED, that the Motion to Dismiss is GRANTED; and it is further

ORDERED, that Plaintiff's Complaint is DISMISSED WITH PREJUDICE and WITHOUT LEAVE TO AMEND as alleged against Defendants Suneet Singal; TTP8, LLC; First Capital Master Advisor, LLC; Majique Ladnier; Innovativ Media Group, Inc.; and Thomas Coleman.

BY THE COURT:

_____
The Honorable Jennifer H. Rearden
United Stated District Judge