# EXHIBIT 1

**Exhibit 28 – Bank Statement**

**Exhibit 28 – Bank Statement**



P.O. Box 15284
Wilmington, DE 19850

Business Advantage
Relationship Rewards

**Customer service information**

☐ 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

INNOVATIV MEDIA GROUP, INC

🔔 Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Fundamentals Checking
# Preferred Rewards for Bus Platinum Honors

for May 1, 2020 to May 31, 2020                                        Account number:

INNOVATIV MEDIA GROUP, INC

## Account summary



---

**BUSINESS ADVANTAGE**

## Get a 360° view of your business finances

Business Advantage 360 gives you the power to manage your business finances from a single dashboard. Available through Online and Mobile Banking[1] at no cost to you.

**To learn more, visit bankofamerica.com/BusinessAdvantage360.**

[1] You must be enrolled in Online Banking or Mobile Banking to use the Business Advantage 360 tool and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.      SSM-01-20-2732.B | 2924763

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2020 Bank of America Corporation

Bank of America, N.A. Member FDIC and    Equal Housing Lender



**Your checking account**

INNOVATIV MEDIA GROUP, INC   |   Account #              |   May 1, 2020 to May 31, 2020

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 05/20/20 | WIRE TYPE:WIRE OUT DATE:200520 TIME:1009 ET                         SERVICE BNF:TTP8, LLC                  BNF BK:WELLS FARGO BAN K, N.A. PMT               FTE STOCK P URCHASE | -50,000.00 |

## Service fees

The Monthly Fee on your Business Fundamentals Checking account was waived for the statement period ending 04/30/20. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ◯ $250+ in new net purchases on a linked Business debit card
- ◯ $250+ in new net purchases on a linked Business credit card
- ✓ $3,000+ minimum daily balance in primary checking account
- ✓ $5,000+ average monthly balance in primary checking account
- ✓ $15,000+ combined average monthly balance in linked business accounts
- ✓ enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 05/20/20 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |

**Total service fees**                                                                                              **-$0.00**

Note your Ending Balance already reflects the subtraction of Service Fees.



**BUSINESS ADVANTAGE**

Your Digital Tip

### Need bills and coins? Get the latest app update.



Order all the denominations you need using our Mobile Banking app.[1] Get the latest updates and access your accounts wherever you have a mobile connection.

Download the app today from your app store or visit **bankofamerica.com/GoMobile**.

[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-11-19-0030.B   |   2846838

# Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

To help support your needs, we are temporarily increasing small business Zelle® limits. As a small business client, you will now be able to send up to $15,000 or 20 transactions during any 24-hour period, $45,000 or 60 transactions during any 7-day period and $60,000 or 120 transactions in any 30-day period. Please note, these limits may change at any time. Visit bankofamerica.com/online-banking/zelle-transfer-limits/ for details.

Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC, and are used herein under license.

Case 2:22-cv-10590-CJH-EJY Document 868-2 Filed 06/04/25 Page 8 of 7
Case 1:22-cv-10594-MKV Document 161-2 Filed 06/25/23 Page 8 of 7

INNOVATIV MEDIA GROUP, INC   |   Account #   |   May 1, 2020 to May 31, 2020

This page intentionally left blank